

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2016

No. 04-16-00207-CV

Antonio **JIMENEZ** and Mary Louise Jimenez,
Appellants

v.

Carlos **GONGORA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02692
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

    Appellant's brief in this appeal was due October 3, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** appellants Antonio Jimenez and Mary Louise Jimenez to file, **by October 21, 2016,** their appellant's brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court